```
---------------------------------------- X
                                         :
NORMA KNOPF and MICHAEL KNOPF,           :
                                         :        16cv6601 (DLC)
                       Plaintiffs,       :
              -v-                        :        17cv5833 (DLC)
                                         :
MICHAEL PHILLIPS and PURSUIT HOLDINGS,   :
LLC,                                     :        REVISED SCHEDULING
                                         :              ORDER
                       Defendants.       :
                                         :
---------------------------------------- X

---------------------------------------- X
                                         :
NORMA KNOPF and MICHAEL KNOPF,           :
                                         :
                       Plaintiffs,       :
              -v-                        :
                                         :
FRANK M. ESPOSITO, DORSEY & WHITNEY      :
LLP, NATHANIEL AKERMAN, and EDWARD       :
FELDMAN,                                 :
                                         :
                       Defendants.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

An Order of July 30, 2020 proposed a schedule for further proceedings in the above-captioned actions.  The July 30 Order directed the parties to submit objections to the schedule set forth in the July 30 Order by August 7.  On August 6 and 7, the Court received objections from plaintiffs in both actions, and from defendant Michael Phillips in the Phillips Action. Accordingly, it is hereby

ORDERED that the Court shall determine whether to consolidate these actions for trial after the receipt of the Pretrial Orders.  The Phillips Action is stayed until that time. The Clerk of Court is directed to strike docket number 224 in the Esposito Action and docket number 287 in the Phillips Action consolidating these cases and unconsolidate the above-captioned cases.

IT IS FURTHER ORDERED that, by **January 15, 2021,** any party in the Esposito Action that seeks to introduce expert testimony shall inform the Court of the identity of such expert or experts and the subject of such expert testimony, in accordance with the requirements of Rule 26(a)(2)(B), Fed. R. Civ. P.

IT IS FURTHER ORDERED that in the event no party to the Esposito Action identifies an expert by that date, the following motion will be served by the dates indicated below.

Any motion for Summary Judgment

-    Motion served by **March 12, 2021**
-    Opposition served by **April 2**
-    Reply served by **April 16**

IT IS FURTHER ORDERED that in the event that no party in the Esposito Action seeks to introduce expert testimony and no summary judgment motion is filed, the Joint Pretrial Order must be filed by **March 12, 2021.**

2

IT IS FURTHER ORDERED that the remainder of the July 30
Order remains in effect.

SO ORDERED:

Dated:    New York, New York
          August 11, 2020

_____
                                    DENISE COTE
                    United States District Judge