```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    16cv6601 (DLC)
NORMA KNOPF and MICHAEL KNOPF,           :
                                         :         ORDER
                    Plaintiffs,          :
         -v-                             :
                                         :
MICHAEL PHILLIPS and PURSUIT HOLDINGS,   :
LLC,                                     :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On July 30, 2020, with the consent of the parties, this Court issued an Order staying this matter until the completion of discovery and any summary judgment practice in Knopf v. Esposito, et al., 17cv5833.  On August 11, the Court issued a revised scheduling order in both this action and the Esposito Action.  On that same day, plaintiffs filed a letter stating that the August 11 Order did not set a date for the submission of a Pretrial Order in this action.  It is hereby

ORDERED that the Pretrial Order in this matter shall be submitted on the same date as the Pretrial Order in the Esposito Action.  Because that date depends on a number of contingencies

in the Esposito Action, it cannot be firmly set at this time.

    SO ORDERED:

Dated:    New York, New York
           August 12, 2020

                                              _____
                                                   DENISE COTE
                                    United States District Judge