UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------X
NORMA KNOPF and MICHAEL KNOPF,

               Plaintiffs,         Case No. 16 Civ. 6601 (DLC) (SN)

 - against -

MICHAEL PHILLIPS, PURSUIT
HOLDINGS, LLC and MICHAEL
H. SANFORD,

                                     **ORDER**

               Defendants.
-----------------------------------------------X

     It is hereby

     ORDERED that plaintiff Michael Knopf, who is deceased, be terminated from this civil action. In his place, Norma Knopf, an individual who is named as a distributee and as the Executor in Michael Knopf's Last Will, shall be substituted in place of Michael Knopf; and it is further

     ORDERED that, going forward, the caption of the case will be:

So ordered.

April 12, 2021.         _____
                               DENISE COTE
                    United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X
NORMA KNOPF, individually and as
a Distributee and the Executor Named
in Michael Knopf's Last Will,

                Plaintiff,         Case No. 17 Civ. 5833 (DLC) (SN)

- against -

                                        Hon. Denise L. Cote

MICHAEL PHILLIPS and PURSUIT
HOLDINGS, LLC,

                Defendants.
-------------------------------------------------------X

                                **SO ORDERED:**

                                _____
                                HON. DENISE L. COTE
                                UNITED STATES DISTRICT JUDGE


                                Date:   April        , 2021