UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NORMA KNOPF, individually and as a
Distributee and the Executor Named in Michael
Knopf's Last Will,

                      **Plaintiff,**

        -against-

**FRANK M. ESPOSITO, et al.,**

                      **Defendants.**
-----------------------------------------------------------------X
-----------------------------------------------------------------X
NORMA KNOPF, individually and as a
Distributee and the Executor Named in Michael
Knopf's Last Will,

                      **Plaintiff,**

        -against-

**MICHAEL PHILLIPS, et al.,**

                      **Defendants.**
-----------------------------------------------------------------X

17-CV-05833 (DLC)(SN)

**SETTLEMENT CONFERENCE ORDER**

16-CV-6601 (DLC)(SN)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/2021

**SARAH NETBURN, United States Magistrate Judge**:

      A settlement conference is scheduled for Thursday, August 5, 2021, at 10:00 a.m. and will be held telephonically. The Court will provide dial-in information by email before the conference.

      The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn.  The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the Ex Parte Settlement Letters and Acknowledgment


Forms, which are to be submitted by Thursday, July 29, 2021.  Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

                                              _____
                                              SARAH NETBURN
                                              United States Magistrate Judge

DATED:      June 11, 2021
                 New York, New York