```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
NORMA KNOPF, individually and as a       :
Distributee and the Executor Named in    :
Michael Knopf's Last Will,               :    16cv6601 (DLC)
                                         :
                    Plaintiff,           :    ORDER
                                         :
          -v-                            :
                                         :
MICHAEL PHILLIPS, et al.,                :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On August 3, 2021, the parties notified the Court that they do not consent to a bench trial. No more than one week shall be allocated for the trial of this case in a courtroom reconfigured for socially distanced jury trials during the COVID-19 pandemic. Accordingly, it is hereby

ORDERED that the parties shall confer by **August 11** on a schedule for the presentation of evidence to the jury in no more than fifteen hours of presentation, those hours to be divided equally between the two parties.

Dated:     New York, New York
           August 6, 2021

                                    _____
                                           DENISE COTE
                                    United States District Judge