```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
NORMA KNOPF, individually and as a       :    17cv5833(DLC)
Distributee and the Executor Named in    :
Michael Knopf's Last Will,               :    16cv6601(DLC)
                                         :
                       Plaintiff,        :       ORDER
              -v-                        :
                                         :
FRANK M. ESPOSITO, DORSEY & WHITNEY,     :
LLP, NATHANIEL H. AKERMAN, EDWARD S.     :
FELDMAN, and MICHAEL HAYDEN SANFORD,     :
                                         :
                       Defendants.       :
                                         :
---------------------------------------- X

---------------------------------------- X
                                         :
NORMA KNOPF, individually and as a       :
Distributee and the Executor Named in    :
Michael Knopf's Last Will,               :
                                         :
                       Plaintiff,        :
                                         :
              -v-                        :
                                         :
MICHAEL PHILLIPS, et al.,                :
                                         :
                       Defendants.       :
                                         :
---------------------------------------- X
```

Having received non-party Michael Sanford's letter of August 13, it is hereby

ORDERED that the Court's Order of August 13 (ECF 471) is vacated to the extent that it set a schedule for the briefing of

a motion for sanctions.

Dated:	New York, New York
	August 13, 2021

```
                    _____
                         DENISE COTE
                    United States District Judge
```