```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------  X
                                          :
NORMA KNOPF, individually and as a        :
Distributee and the Executor Named in     :
Michael Knopf's Last Will,                :    16cv6601 (DLC)
                                          :
                    Plaintiff,            :    ORDER
                                          :
          -v-                             :
                                          :
MICHAEL PHILLIPS, et al.,                 :
                                          :
                    Defendants.           :
                                          :
----------------------------------------  X
```

DENISE COTE, District Judge:

On May 26, 2021, trial in this case was placed on the trial ready calendar for October 2021. The Southern District of New York has reconfigured courtrooms and other spaces in its courthouses to allow civil jury trials to proceed as safely as possible during the COVID-19 pandemic. The Clerks' Office has notified district judges of the dates on which jury selection could commence and trials could proceed in the reconfigured spaces during October through December 2021. Accordingly, the parties are hereby

NOTIFIED that this action has been placed on a trial-ready calendar for **Tuesday, October 5, 2021.** It is hereby

ORDERED that the parties shall be prepared to begin trial as of that date and on each day of that week. The parties are

advised that they will receive as much notice as possible about whether their case will proceed to trial during that week.

IT IS FURTHER ORDERED that the final pretrial conference shall occur in person on **September 29, 2021 at 10:00 AM** in Courtroom 18B, 500 Pearl Street.

IT IS FURTHER ORDERED that members of the press and other interested parties who are not able to attend the in-court trial proceeding may listen to it through a telephone link by calling **888-363-4749** and using access code **4324948**.

SO ORDERED:

Dated:   New York, New York
         September 8, 2021

                                  _____
                                         DENISE COTE
                                  United States District Judge